# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MID-CITY AUTOMOTIVE, L.L.C.

VERSUS

STATE OF LOUISIANA, THE
DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONS, OFFICE OF
STATE POLICE

NO. 2021 CW 0348

**APRIL 28, 2021**

---

In Re: State of Louisiana, Office of Risk Management,
Louisiana Self-Insurance Fund, applying for
supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 647,483.

---

**BEFORE: GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT GRANTED.** The trial court's December 17, 2020 judgment
granting the class plaintiffs' motion for partial summary
judgment regarding insurance coverage is reversed. The Office of
Risk Management is not a party to this litigation. The class
plaintiffs are not entitled to the relief sought as a matter of
law. See La. Code Civ. P. art. 966(A)(3). Accordingly, the
motion for partial summary judgment filed by the class
plaintiffs regarding insurance coverage is denied.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT